FILED
CLERK, U.S. DISTRICT COURT
MAY 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DONNELL HART,<br><br>    Petitioner,<br><br>v.<br><br>DEBRA DEXTER,<br><br>    Respondent. | No. ED CV 07-00964-GHK (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |

Pursuant to 28 U.S.C. §636, the Court has made a *de novo* review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Answer, Petitioner's Traverse, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation with the following changes: page 28, line 5: delete the "(" before the word "and;" page 34, footnote 3, in the last

//
//
//
//

sentence delete the word "never" and insert the word "ever; and page 50, line 26, delete the word "him" and insert the word "her;" and (2) Judgment be entered dismissing the Petition with prejudice.

DATED: 5/27/08

GEORGE H. KING
UNITED STATES DISTRICT JUDGE